AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RICHARD C. COLLINS,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**ROBIN KNAB AND ALICE AULT,**    **CASE NO. C2-10-1161**
    **JUDGE EDMUND A. SARGUS, JR.**
    **Defendants.**    **MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed November 4, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 4, 2011    JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk