# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**RICHARD C. COLLINS,**

      **Plaintiff,**

                                    **JUDGMENT IN A CIVIL CASE**

**v.**

**ROBIN KNAB AND ALICE AULT,**      **CASE NO. C2-10-1161**
                                         **JUDGE EDMUND A. SARGUS, JR.**
                **Defendants.**      **MAGISTRATE JUDGE MARK R. ABEL**

---

____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Order filed November 4, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 4, 2011                JAMES BONINI, CLERK

                              */S/ Andy F. Quisumbing*
                              (By) Andy F. Quisumbing
                              Courtroom Deputy Clerk