IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Richard C. Collins, | : | |
| Plaintiff | : | Civil Action 2:10-cv-01161 |
| v. | : | Judge Sargus |
| Robin Knab and Alice Ault, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff's May 18, 2012 motion to transfer this case to the Court of Appeals (doc.

45) is **DENIED**. Plaintiff has filed a notice of appeal (doc. 41), but the Court has certified

that there are no arguable grounds for appeal (doc. 44). If plaintiff believes there are

arguable grounds for an appeal, he may seek a certificate of appealability for the Sixth

Circuit Court of Appeals.

5-22-2012

Edmund A. Sargus, Jr.
United States District Judge